

**Entered on Docket
April 02, 2008**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE HANSEN, LLP
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Mortgage Electronic Registration Systems, Inc.
07-72102 / 200738979

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-06-12434-mkn |
| Lawrence Rozuk and Michelle Rozuk | MS Motion No.<br>Date: 2/13/08<br>Time: 1:30 p.m. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, with GREGORY L. WILDE, ESQ. of the law firm of Wilde Hansen, LLP appearing on behalf of Secured Creditor, David Krieger appearing on behalf of Debtor,

1 argument having been heard, and based upon all the papers and pleadings on file herein and
2 good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $2,218.89 (December 1, 2007 – February 1, 2008) | $6,656.67 |
| 3 Late Charges each at $88.76 (December 16, 2007 – February 16, 2008) | $177.52 |
| Motion Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total Arrearages | $7,734.19 |

The above arrearages shall be paid in six (6) monthly installments of $1,289.04. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2008 payment and continuing throughout and concluding on or before August 20, 2008.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2008 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 547 Sheffield Dr., Henderson, NV 89014, and legally described as follows:

Lot Ten (10) in Block Seven (7) of CAMARLO PARK UNIT NO. 1, as shown by Map thereof on file in Book 23 of Plats, page 67, in the office of the County Recorder of Clark County, Nevada. A.P.N.: 178-04-312-041.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed,

there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS SO ORDERED this ____ day of _____, 2008.

Submitted by:
WILDE HANSEN, LLP

By_____
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                                         David Krieger

By_____                              By_____

Rick A. Yarnall                                         David Krieger
Chapter 13 Trustee                                      Attorney for Debtors
701 Bridger Avenue #820                                 1020 Garces, Suite 100
Las Vegas, NV 89101                                     Las Vegas, NV 89101

there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS SO ORDERED this ____ day of _____, 2008.

Submitted by:
WILDE HANSEN, LLP

/s/ GREGORY L. WILDE

By_____
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

| Rick A. Yarnall | David Krieger |
|---|---|
| By_____ | By_____ |
| Rick A. Yarnall | David Krieger |
| Chapter 13 Trustee | Attorney for Debtors |
| 701 Bridger Avenue #820 | 1020 Garces, Suite 100 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |

4