David Krieger, Esq.
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Lawrence, Rozuk

RECEIVED & FILED

'09 AUG 20 P1 :25

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Lawrence, Rozuk,**<br><br>Debtor(s). | Case No. BKS-06-12434-MKN<br>Chapter 13 |

**CHANGE OF ADDRESS OF:**
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I REQUEST THAT FUTURE NOTICES BE SENT TO:

Lawrence Kozuk
Name

138 St. Albans Dr.
Street Address

Henderson, NV 89015
City, State Zip

SIGNATURE: _____    DATED: 8-10-09

- 1 -